

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WENDELL SMITH<br>LA. DOC # 428388 | CIVIL ACTION NO. 3:11-cv-0168 |
| VERSUS | SECTION P |
| OWNER, LOUISIANA CORRECTIONAL<br>SERVICE, ET AL. | JUDGE ROBERT G. JAMES |
| | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA**, this ___6___ day of ___June___, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE